The Century Indemnity Company, Respondent, v. Bank of Gowanda, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Estate of Charles D. Howell, Deceased. Clarence R. Burdick and Louis H. Burdick, Appellants; W. Glenn Larmonth, as Executor, Mildred V. Senior and Thelma M. Senior, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Application of Joanna Shay Lewis for a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in the Last Will and Testament and the Codicil of Mary A. Shay, Deceased, and in Certain Compromise Agreement Entered into Pursuant Thereto.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

Ladell Barbour, Respondent, v. Kimberly-Clark Corporation, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.